IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br> as Broadcast Licensee of the <br> September 17, 2005, Barrera/Peden Event, <br><br> Plaintiff, <br><br> v. <br><br> ELIDA BARRIENTOS a/k/a ELIDA <br> BARRIENTOS JASSO, Individually and <br> d/b/a ELY BAR, <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. H-07-3011 |

## AGREED JUDGMENT

On this day, came on to be heard the above-entitled and numbered cause wherein J&J Sports Productions, Inc. ("Plaintiff") appeared by and through their respective attorneys of record and Elida Barrientos, Individually and d/b/a Ely Bar ("Defendant") appeared *pro se*. Plaintiff and Defendant both announced ready for trial and requested the following Agreed Judgment in favor of Plaintiff and against Defendant. The Court finds that it has jurisdiction over the subject matter and the parties to this cause. The Court accepts the parties' stipulation that Defendants willfully, intentionally and fraudulently violated the Communications Act of 1934, as amended, specifically including 47 U.S.C. §§ 553 and 605.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant, damages in the amount of Fifteen Thousand and 00/100 Dollars ($15,000.00).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff shall recover court costs from Defendant, and that Plaintiff shall have and recover interest on all sums awarded

herein, compounded annually, at the rate of seven and one-quarter percent (7.25%) from the date of judgment, set forth below, until paid.

All writs and process for the enforcement and collection of this judgment may issue as necessary.

The Court intends to render a final judgment in this cause. Therefore, any relief not expressly granted herein is denied.

SO ORDERED.

Signed at Houston, Texas on this 12 day of February, 2008.

_____
Keith P. Ellison
United States District Judge

AGREED:

By: _____
Andrew R. Korn
State Bar No. 11683150
Southern District Bar No. 13801

KORN, BOWDICH & DIAZ, L.L.P.
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Telecopy

ATTORNEY FOR PLAINTIFF
J&J SPORTS PRODUCTIONS, INC.

By: _____
Elida Barrientos a/k/a Elida Barrientos Jasso,
Individually and d/b/a Ely Bar